**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**          )

**vs.**            )      **CRIMINAL ACTION 05-00096-WS**

**BONNIE ELIZABETH GUTHRIE,**     )

      **Defendant.**           )

<u>**ORDER**</u>

On June 9, 2005, a status conference was held before the undersigned Magistrate Judge. Assistant U.S. Attorney Vicki Davis was present for the Government. Defense counsel, James May failed to attend. At the conference, the court was informed that the defendant had been accepted into the Pretrial Diversion Program (Doc. 22) and had executed an Agreement for Pretrial Diversion. The Agreement sets forth that prosecution will be deferred for a period of twelve months if the conditions of participation in the Program are met. The Agreement also sets forth that defendant acknowledged that the delay of trial was at her request and by execution waived her right to a speedy trial. Therefore, the Court finds that the period of time during which prosecution is deferred is excludable pursuant to 18 U.S.C. § 3161(h)(2). Accordingly, this action is **CONTINUED INDEFINITELY** and the Government is **ORDERED** to notify the court upon defendant's completion of the program.

**DONE** and **ORDERED** on this the 9th day of June, 2005.

<u>s / Kristi  D.  Lee</u>
**KRISTI  D.  LEE
UNITED STATES MAGISTRATE JUDGE**